No. 05-15-00463-CR

PD-0770-15

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN TEXAS
GEOFFREY ROSS RIMES

V.

THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel-Acosta, Clerk

FROM APPEAL No. 05-15-00463-CR

TRIAL CAUSE No. F14-23132-P

DALLAS COUNTY

FIRST MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, GEOFFREY ROSS RIMES, Petitioner, and files this Motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. IN support of this motion, appellant shows the Court the following:

I.

The Petitioner was convicted in the 203 District Court of DALLAS County, Texas of the offense of possession of methamphetamine in an amount of one gram or more but less than four grams in Cause No. F14-23132-P, styled State of Texas Vs. GEOFFREY ROSS RIMES. The Petitioner appealed to the Court of Appeals, Fifth District of Texas at Dallas. The case was affirmed May 21, 2015.

PAGE ONE

## II,

The present deadline for filing the Petition for Discretionary Review is June 20, 2015. The Petitioner has not requested any extension prior to this request.

## III,

Petitioner's request for an extention is based upon the following facts: Petitioner was not informed of the decision of the court of appeals in affirming his case until June 2, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Julie Woods, has informed Petitioner that she will not represent him on the Petition for Discretionary Review.

WHERFoRE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 05-15-00463-CR to August 15, 2015.

GEoFFREY Ross RIMES
Petitioner, Pro Se

Texas Department of Criminal Justice
John Middleton Unit
TDCJ-ID#01984889
ABILENE Tx 79601

## UNSWORN DECLARATION

I, GEOFFREY ROSS RIMES TDCJ#01984889, being presently incarcerated in the John Middleton Unit of the Texas Department of Criminal Justice in JONES COUNTY, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 16 day of June, 2015.

GEOFFREY ROSS RIMES
TDCJ#01984889
Middleton Transfer Facility
13055 FM 3522
Abilene, Texas 79601